JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE PETER SWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYLE FOREHAND et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-01544-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Third Amended Complaint With Prejudice, **IT IS ADJUDGED** that this action is dismissed.

DATED: October 26, 2023

DALE S. FISCHER
United States District Judge